IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | *   CRIMINAL NO. B-05-268 |
| | |
| EDGAR EDUARDO LOPEZ-MAREZ | |

## O R D E R

BE IT REMEMBERED on this 25th day of July, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed April 13, 2005, wherein the defendant EdgarEduardo Lopez-Marez waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Edgar Eduardo Lopez-Marez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Edgar Eduardo Lopez-Marez guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of an felony, in violation of 8 USC 1326(a).

SIGNED this the 25th day of July, 2005.

Andrew S. Hanen
United States District Judge